**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. SACV 11-0623 DOC (MANx)                    Date: January 18, 2012

Title: THE ASSIST GROUP, INC. v. FIERA

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

Julie Barrera                              Not Present
Courtroom Clerk                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                            NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER TO SHOW CAUSE RE TRANSFER TO UNITED
                         STATES DISTRICT COURT, DISTRICT OF COLORADO

        The complaint filed by Plaintiff The Assist Group, Inc., on April 21, 2011, alleges
multiple violations by Defendant of a preliminary injunction issued by the U.S. District Court for the
District of Colorado. Injunctions should generally be enforced by the courts that issue them.
Accordingly, this Court ORDERS Plaintiff to SHOW CAUSE why this case should be heard in the
U.S. District Court for the Central District of California, Southern Division, instead of the U.S. District
Court for the District of Colorado.

        **Plaintiff and Defendants shall be prepared to argue this ORDER TO SHOW
CAUSE** at the scheduling conference on **January 23, 2012**.

        The Clerk shall serve this minute order on all parties to the action.

MINUTES FORM 11 DOC                              Initials of Deputy Clerk: jcb
CIVIL - GEN                                       Page 1 of 1