JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. SACV 11-0623-DOC(MANx) | Date January 23, 2012 |
| Title THE ASSIST GROUP, INC. -V- FIERA, A CALIFORNIA CORPORATION | |

Present: The Honorable   DAVID O. CARTER, U.S. District Judge

| Julie Barrera | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Kenneth Roberts | Gary Michael Jackson |

Proceedings:   ORDER TO SHOW CAUSE RE: REMAND TO STATE OF CALIFORNIA
SCHEDULING CONFERENCE

The case is called and counsel make their appearances. The Court and counsel confer. The Court remands the case to Superior Court, State of Colorado.

The Scheduling Conference is off calendar in light of the remand.

|  | : | 02 |
|---|---|---|
| Initials of Preparer | jcb | |